# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **HAWK TECHNOLOGY SYSTEMS, LLC,**<br><br>　　　　*Plaintiff*,<br>　v.<br><br>**OLD CF, INC., d/b/a CHASE FARMS, INC.**<br>　　　　*Defendant*. | Civil Action No. :2:14-cv-10860-GCS-DRG<br><br>Hon. GEORGE CARAM STEEH |

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

This matter having come before the Court on the stipulation of the parties, IT IS HEREBY ORDERED THAT this action is DISMISSED WITH PREJUDICE AND WITHOUT COSTS to either party. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the terms of the Settlement Agreement between the parties pursuant to which this action is being dismissed. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381 (1994).

　　　　**SO ORDERED.**

Dated: July 22, 2014.

　　　　　　　　　　　　　　　　　　　　　　s/George Caram Steeh
　　　　　　　　　　　　　　　　　　　　　　Hon. George Caram Steeh
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

*Stipulated as to form by:*

LAW OFFICE OF MARC I. SHULMAN

By: /s/ Marc I. Shulman
Marc I. Shulman (P30396)
*Attorney for Plaintiff*
Marc_Shulman@hotmail.com

By:_/s/ RONALD A. STEINBERG_____
RONALD A. STEINBERG (P20956)
Ronald Steinberg & Assoc.
30300 Northwestern Hwy., Ste. 100
Farmington Hills, MI 48334
(248) 932-3230

By: /s/ ERIC R. FOX _____
Eric R. Fox (P51877)
P.O. Box 710
Hart, MI 49420
(231) 873-3369
eric@ericrfox.com


Dated: July 17, 2014